IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | No. 18-238 |
| v. | : | |
| | : | |
| NAFIS MULLINS | : | |
| | : | |

# ORDER

This 31st day of January, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33, ECF 69, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge